**Order entered January 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01223-CV

### IN THE INTEREST OF I.S., A CHILD

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-55837-2013**

## ORDER

Before the Court is appellant's January 2, 2019 motion to abate the appeal. Appellant seeks the abatement because the trial court has not filed findings of fact and conclusions of law despite a proper request under the rules of civil procedure. We **GRANT** the motion as follows.

We **ORDER** the Honorable Piper McCraw, Presiding Judge of the 469th Judicial District Court, to make findings of fact and conclusions of law in accordance with Texas Rule of Civil Procedure 297 no later than January 23, 2019. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court no later than January 28, 2019.

We **DIRECT** the Clerk of this Court to send a copy of this order to Judge McCraw, Collin County District Clerk Lynne Finley, and all counsel of record.

We **ABATE** the appeal, including the deadline to file appellant's brief, to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than January 31, 2019.

/s/     ERIN A. NOWELL
        JUSTICE